# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

UNITED STATES OF AMERICA

-vs-  Case Number: 5:06-cr-15-Oc-10GRJ

JOHN R. DOWARD

USM Number: 14709-038

David Wilson
201 SW Second Street, Suite 101
Ocala, Florida 34474

_____

## ** CORRECTED **
## JUDGMENT IN A CRIMINAL CASE
## For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers 2, 3, 4, 7, 9, and 10 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Driving under the influence of alcohol | October 29, 2008 |
| 3 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision | October 29, 2008 |
| 4 | Excessive use of alcohol in violation of Condition 6 of the Standard Conditions of Supervision | May 12, 2007 |
| 7 | Driving while license suspended or revoked, while on supervision in violation of the conditions of supervision | December 16, 2008 |
| 9 | Felony battery while on supervision in violation of the conditions of supervision | January 23, 2009 |
| 10 | Failure to notify the probation officer within seventy-two hours after being arrested or questioned by a law enforcement officer in violation of Condition 11 of the Standard Conditions of Supervision | January 26, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violations 1, 5, 6, and 8 dismissed on motion of the Government.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: June 25, 2009

*[signature]*

UNITED STATES DISTRICT JUDGE

June 29, 2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **10 Months with no additional term of supervised release imposed**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                          UNITED STATES MARSHAL

                                                   By:_____

                                                             Deputy U.S. Marshal